# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAMLINE AUTOMATION, LLC, | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 20-1560-CFC |
| IFIT, INC., | ) |
|     *Defendant*. | ) |
| | ) |

## PLAINTIFF STREAMLINE AUTOMATION, LLC'S NOTICE OF DEPOSITION OF TROY THORNTON

    PLEASE TAKE NOTICE that pursuant to Rules 26 and Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Delaware, Plaintiff Streamline Automation, LLC (Streamline), by and through their attorneys shall take the deposition upon oral examination of Mr. Troy Thornton. The deposition will commence by remote means or at the law offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue NW, Washington, DC 20001 on April 19, 2022 at 9:00 a.m., or at another time and place mutually agreed upon by the parties. The deposition will continue from day to day until completed. The deposition will be conducted under oath by an office authorized to take testimony. The deposition will be taken before a court reporter, notary public, or other person authorized by

1

law to administer oaths, and will be recorded by sound, sound-and-visual, and/or stenographic means.

| | |
|---|---|
| DATED: March 15, 2022 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | /s/ *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Robert F. Shaffer | Alexandra M. Joyce (#6423) |
| Jason L. Romrell | Renaissance Centre |
| Cara E. Regan | 405 N. King Street, 8th Floor |
| Jonathan Fagan | Wilmington, Delaware 19801 |
| FINNEGAN, HENDERSON, | (302) 984-6300 |
| FARABOW, GARRETT & | dsilver@mccarter.com |
| DUNNER, LLP | ajoyce@mccarter.com |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | *Attorneys for Plaintiff* |
| (202) 408-4000 | |

Megan L. Meyers
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

Luke H. MacDonald
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

2